# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDY MARTINEZ, A/K/A FREDYS A. MARTINEZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 70244

**FILED**

JUL 1 5 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

The documents before this court do not indicate that the district court has made any decision, written or oral, on a petition for writ of habeas corpus, or that any such petition is pending in the district court. Thus, appellant fails to designate an appealable order. To the extent appellant appeals from the district court's March 22, 2016, order denying defendant's motion for production of transcripts at state expense, no statute or court rule permits an appeal from such an order. Accordingly, we lack jurisdiction, *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990), and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-22130

cc: Hon. Kathleen E. Delaney, District Judge
Freddy Martinez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A